```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

MARGOLIS, PRITZKER, EPSTEIN &     *
 BLATT, P.A.
                                  *
          Plaintiff
                                  *
     vs.                                CIVIL ACTION NO. MJG-12-3199
                                  *
MEGAPATH CORPORATION
                                  *
          Defendant
*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER

The Court has before it Defendant Megapath Corporation's Motion to Dismiss or, in the Alternative, For Summary Judgment [Document 5] to which no opposition has been filed.

The Court has reviewed the papers filed by the Defendant and the entire record even though Plaintiff's counsel has filed nothing in opposition. The Court finds no basis on which to conclude that there exists a genuine issue of material fact and will grant summary judgment to the Defendant.

Accordingly:

1. Defendant Megapath Corporation's Motion to Dismiss or, in the Alternative, For Summary Judgment [Document 5]is GRANTED.

2. Defendant is granted summary judgment.

3. Judgment shall be entered by separate Order.

SO ORDERED, on Tuesday, December 11, 2012.

                                          /s/
                                     Marvin J. Garbis
                                United States District Judge